DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT L. WILLIAMSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1974

[January 28, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 311994CF000853A.

Robert L. Williamson, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and FORST, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***